562 U.S. 1208, 131 S. Ct. 1464, 179 L. Ed. 2d 91, 2011 U.S. LEXIS 1076.

February 8, 2011. Application for stay of execution of sentence of death, presented to Justice Alito and by him referred to the Court, denied.

**No. 10-8869 (10A784). Martin Link, Petitioner v. Jeremiah W. (Jay) Nixon, Governor of Missouri, et al.**

562 U.S. 1209, 131 S. Ct. 1464, 179 L. Ed. 2d 91, 2011 U.S. LEXIS 1075.

February 8, 2011. Application for stay of execution of sentence of death, presented to Justice Alito and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8966 (10A804). Michael Wayne Hall, Petitioner v. Texas.**

562 U.S. 1209, 131 S. Ct. 1464, 179 L. Ed. 2d 91, 2011 U.S. LEXIS 1077.

February 15, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.